### 14452.   BOATRIGHT *v.* THE STATE.

BROYLES, C. J.   The verdict was authorized by the evidence, and the special grounds of the motion for a new trial are without substantial merit.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 12, 1923.

Accusation of possession of liquor; from city court of Baxley — Judge Speer. March 1, 1923.

*H. L. Williams,* for plaintiff in error.

*Wade H. Watson, solicitor,* contra.